# The Atkin Firm, LLC

Attorneys at Law

55 Madison Avenue, Suite 400
Morristown, NJ 07960

400 Rella Boulevard, Suite 165
Suffern, NY 10901

By: John C. Atkin, Esq.*
 ---
* Member of NJ, NY, and PA Bar

Tel: (973) 314-8010
Fax: (833) 693-1201
Email: JAtkin@atkinfirm.com

September 9, 2021

**VIA ECF**

Hon. Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

   Re: **Strike 3 Holdings, LLC v. John Doe infringer identified as using IP address 74.102.211.26**
     **Dkt. No. 2:21-cv-00582-BRM-JSA**

Judge Allen,

  I represent Plaintiff Strike 3 Holdings, LLC ("Plaintiff") in the above-referenced matter. Pursuant to Your Honor's standing order prohibiting formal motions without leave of court (except for motions under Fed. R. Civ. P. 12(b) and motions to remand), I write to advise the Court that the parties have amicably resolved this matter, and to respectfully request leave of court to file a motion (on consent) to permanently seal documents previously filed under temporary seal.

  Thank you for your attention to this matter.

           Respectfully submitted,

           */s/ John C. Atkin*

           John C. Atkin, Esq.

cc: All counsel of record (via Email)

           **SO ORDERED.**

           **September 10, 2021**

           */s/ Jessica S. Allen*
           **Hon. Jessica Stein Allen, U.S.M.J.**